HATTIE COHEN, Appellant, v. LOUIS COHEN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

IKE FRIEDBERG, Respondent, v. THE TRAVELERS INSURANCE Co., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LUSSE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GOLDBERGER CONSTRUCTION CORP., Respondent, v. EDMUND J. RAPPOLI COMPANY, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [169 Misc. 40.]

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under Deed of Trust Made by SEDGWICK MINOT Dated January 18, 1926, Plaintiff, Respondent, v. SEDWICK MINOT, Defendant, Appellant, JANE GOULD MINOT and Others, Defendants, Respondents.— Judgment, so far · as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULES CATSIFF, Appellant, v. COLFAX TRADING CORPORATION and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Declaration of Trust, Dated February 28, 1936, for the Benefit of Holders of First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY and Designated as Series N-67, Appellant, v. ABRAHAM A. SILBERBERG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Respondent, v. MILDRED BURGER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN GORDON and HENRY NAPPI, Appellants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMUEL SACK and Others, Respondents, v. ISIDORE ESSENFELD, Doing Business under the Firm Name of ESSENFELD &. Co., Appellant.— Determination unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of the plaintiffs in accordance with stipulation. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

REISMAN & GANS FINANCIAL CORPORATION, Appellant, v. CHARLES PORPORA, Doing Business under the Firm Name and Style of DODGE INN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.